UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. *05-30078-MAP* |
| | ) | |
| BERNARD M. ALBERT, | ) | |
| FRANCES ALBERT, | ) | |
| BENNY ALBERT, | ) | |
| PETER KIEVITT, | ) | |
| CHESTER KELLOGG, | ) | |
| SUSAN KELLOGG, | ) | |
| Defendants | ) | |

## ORDER OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture, shall on or before 40 days from the date of this Order:

(1)     publish a copy of the attached NOTICE once in the Daily Hampshire Gazette, a newspaper published in Northampton, Massachusetts, there being no newspaper published in Worthington, Massachusetts, and the Daily Hampshire Gazette having a general circulation in Worthington, Massachusetts;

(2)     mail by certified mail a copy of the attached NOTICE and of the COMPLAINT to the defendants at their last known addresses;

(3)     record a certified copy of the attached NOTICE in the Hampshire County Registry of Deeds.

Dated: *March 31, 2005*

*Mary Finn*
Clerk