UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>BERNARD M. ALBERT,<br>FRANCES ALBERT,<br>BENNY ALBERT,<br>PETER KIEVITT,<br>CHESTER KELLOGG,<br>SUSAN KELLOGG,<br>   Defendants | FILED<br>CLERK'S OFFICE<br><br>2005 MAR 31 P 3: 26<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>CIVIL ACTION NO. 05-30078-MAP |

**NOTICE OF COMPLAINT FOR APPROVAL OF MORTGAGE FORECLOSURE
IN ACCORDANCE WITH THE SOLDIERS' AND SAILORS'
CIVIL RELIEF ACT OF 1940**

TO: Bernard M. Albert
   18 Williamsburg Road
   Worthington, MA 01098

   Frances Albert
   18 Williamsburg Road
   Worthington, MA 01098

   Benny Albert
   18 Williamsburg Road
   Worthington, MA 01098

   Peter Kievitt
   118 Old North Road
   Worthington, MA 01098-9752

   Chester Kellogg
   72 Prentice Road
   Worthington, MA 01098

   Susan Kellogg
   72 Prentice Road
   Worthington, MA 01098



and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage with statutory power of sale covering real properties at Huntington Road, North Road, and Williamsburg Road, Worthington, Massachusetts, given by Bernard M. Albert to the Farmers Home Administration dated May 6, 1983 and recorded in the Hampshire County Registry of Deeds in Book 2346, Page 288.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 <u>and</u> if you object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service or you may be forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED:

Clerk

By: _____
DEPUTY CLERK

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage with statutory power of sale covering real properties at Huntington Road, North Road, and Williamsburg Road, Worthington, Massachusetts, given by Bernard M. Albert to the Farmers Home Administration dated May 6, 1983 and recorded in the Hampshire County Registry of Deeds in Book 2346, Page 288.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940 to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 <u>and</u> if you object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service or you may be forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED: March 31, 2005

                            Clerk

                          By: /s/ Mary Finn
                                DEPUTY CLERK