UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>        Plaintiff,        )<br>                             )<br>  v.        )<br>                             )<br>BERNARD M. ALBERT,        )<br>FRANCES ALBERT,        )<br>BENNY ALBERT,        )<br>PETER KIEVITT,        )<br>CHESTER KELLOGG,        )<br>SUSAN KELLOGG,        )<br>        Defendants.        ) | CIVIL ACTION NO.   05-30078-MAP |

NOTICE OF DISMISSAL OF
CHESTER KELLOGG AND SUSAN KELLOGG

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, United States of America, hereby dismisses this action against the defendants, Chester Kellogg and Susan Kellogg.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/   Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

DATED: May 20, 2005