UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 05-30078-MAP |
| BERNARD M. ALBERT,<br>FRANCES ALBERT,<br>BENNY ALBERT,<br>PETER KIEVITT, | ) |
| Defendants | ) |

## ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the United States Attorney, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Bernard M. Albert to the United States, acting through the Farmers Home Administration, which is dated May 6, 1983 and recorded in Book 2346 at Page 288 of the Hampshire County Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.

Dated: _____

_____
UNITED STATES JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>Bernard M. Albert,<br>Frances Albert,<br>Benny Albert,<br>Peter Kievitt,<br>Chester Kellogg,<br>Susan Kellogg,<br>    Defendants | CIVIL ACTION NO. 05-30078-MAP |

## AFFIDAVIT OF SERVICE OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture:

(1) published a copy of the NOTICE in the Daily Hampshire Gazette, a newspaper published in Northampton, Massachusetts, on April 12, 2005, there being no newspaper published in the Town of Worthington, and the Daily Hampshire Gazette having a general circulation in the Town of Worthington, Massachusetts.

(2) mailed by certified mail on April 11, 2005 a copy of the NOTICE and of the COMPLAINT to the defendants at the following last known addresses:

    Bernard M. Albert
    18 Williamsburg Road
    Worthington, MA 01098

    Frances Albert
    18 Williamsburg Road
    Worthington, MA 01098

        Benny Albert
        18 Williamsburg Road
        Worthington, MA  01098

        Peter Kievitt
        118 Old North Road
        Worthington, MA  01098

        Chester Kellogg
        72 Prentice Road
        Worthington, MA  01098

        Susan Kellogg
        72 Prentice Road
        Worthington, MA  01098

(3) recorded a certified copy of the NOTICE on April 20, 2005 in Book 8230, Page 51 of the Hampshire County Registry of Deeds.

                                            _____
                                            Jane A. Rice
                                            Agriculture Specialist
                                            Farm Service Agency

Sworn to and subscribed before me, a Notary Public, at Amherst, Massachusetts on April 21, 2005.

                                            _____
                                            Madeline L. Broadhurst
                                            Notary Public

My commission expires November 3, 2006.



MADELINE L. BROADHURST
Notary Public
Commonwealth of Massachusetts
My Commission Expires Nov 3, 2006